IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALEISA DEANNE REED McHENRY, | No. 2:25-CV-2452-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.

Plaintiff has submitted the affidavit required by § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor. The request to proceed in forma pauperis will, therefore, be granted. See 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED as follows:

 1. Plaintiff's request to proceed in forma pauperis, ECF No. 2, is granted.

 2. The Clerk of the Court is directed to issue a summons for this case.

/ / /

/ / /

3. Service on Defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of the Court shall deliver to the Commissioner of Social Security and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint; the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order; this order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

4. The Clerk of the Court is directed to serve on Plaintiff the undersigned's scheduling order in social security cases.

Dated:  September 2, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE